

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

July 14, 1971

Honorable Murray Jordan
District Attorney
193 Judicial District
McCulloch County Courthouse
Brady, Texas

Dear Mr. Jordan:

Opinion No. M-903

Re: Option to use jury
commissioners under
Senate Bill 369, 62nd
Legislature, R.S., 1971,
and related questions.

You have inquired as to the applicability of the follow-
ing provision of Senate Bill 369, 62nd Legislature, Regular
Session, 1971 (and related questions):

"Sec. 17. For all counties under 10,000
population not presently using the jury wheel
system for selection of jurors, the district
judge of the county or of the judicial district
of which the county is a part, may determine
whether the county should come under the pro-
visions of this law or may choose to adopt the
jury commissioners system for selection of
jurors in that county. If the district judge
should determine to adopt the jury commission-
ers system for selection of jurors in a parti-
cular county, he must do so by July 15, 1971,
otherwise, the county will come under the pro-
visions of this Act. If, pursuant to the pas-
sage of this Act, this section is held to be
unconstitutional by a court of this State or
of the United States, then the jury wheel sys-
tem for selection of jurors as provided by this
Act shall be applicable to all counties of the
State."

We need not reach the question of whether or not Section
17 (supra) violates the constitutional prohibition against
delegation of legislative powers to a member of the judiciary.

-4397-

We would like to point out the fact that S.B. 369 (supra) specifically repeals the following numbered Articles of the Revised Civil Statutes of Texas:

| | | | |
|---|---|---|---|
| 1. | 2104 | 9. | 2112 |
| 2. | 2105 | 10. | 2113 |
| 3. | 2106 | 11. | 2114 |
| 4. | 2107 | 12. | 2115 |
| 5. | 2108 | 13. | 2116 |
| 6. | 2109 | 14. | 2116c |
| 7. | 2110 | 15. | 2116e |
| 8. | 2111 | | |

which constitute all of the Articles establishing procedures for the use of Jury Commissioners.

It is, therefore, the opinion of this office that Sec. 17 of Senate Bill 369, 62nd Legislature, Regular Session, 1971, cannot become operative because all procedures for the use of Jury Commissioners have been repealed, and that all counties must comply with the Jury Wheel Law.

## SUMMARY

Senate Bill 369, 62nd Legislature, R.S., 1971, terminates all jury commissioner systems and all counties must use a jury wheel.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Howard M. Fender
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Charles Parrett
Jay Floyd
John Reeves
Malcolm Quick

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant